UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | |
|---|---|
| TIFFANY ALMEYDA AND KENNETH FELT JR., PLAINTIFFS | )<br>)<br>)<br>) Civil Action No. 3:25-cv-00085-RGJ-LLK |
| v. | )<br>) |
| WOOSTER MOTOR WAYS INC. AND RICHARD PIPER<br><br>DEFENDANTS | )<br>)<br>) Removed from:<br>) Jefferson Circuit Court<br>) Case No. 25-CI-000208<br>) |

## **MOTION FOR STAY**

Comes now the Defendant, Wooster Motor Ways, Inc. (hereinafter "Wooster"), by counsel, and respectfully moves this Court for an Order issuing a stay of this matter.

A Memorandum in Support of this Motion is being filed contemporaneously herewith, which sets forth the arguments as to why justice requires the issuance of a stay. The essence of Wooster's arguments are as follows: (1) *pro se* Defendant Piper is currently under felony indictment, including a charge of murder, pending in Jefferson County Circuit Court; (2) this Circuit has repeatedly and explicitly recognized that a defendant faces significant risks to his Fifth Amendment right against self-incrimination when he is a party to parallel civil and criminal proceedings; (3) moreover, an indispensable party, the Estate of Tanner Colton, is absent from this proceeding, and justice will not be served by forcing the Estate to join this action against its choice, nor in forcing Wooster to duplicate its defenses should the Estate bring suit at a later time. Correspondingly, given the recency of this matter, the Plaintiffs, Almeyda and Felt, will not be prejudiced by this Stay.

1

For all reasons set forth in Defendant's Memorandum in Support submitted herewith, Defendant Wooster respectfully moves this Court for an Order issuing a stay of this proceeding.

Respectfully submitted,

***/s/ Christina R. L. Norris***
Christina R. L. Norris (#81715)
Cash C. Collins (#99014)
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
cnorris@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 410-0528
*Counsel for Defendant, Wooster Motor Ways, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 14th day of April, 2025, I electronically filed this document through the ECF system, and I served this document through regular U.S. Mail, postage prepaid, upon the following:

Adrian Mendiondo
Morgan & Morgan, Kentucky, PLLC
333 West Vine St., Suite 1200
Lexington, KY 40507
amendiondo@forthepeople.com
*Counsel for Plaintiffs*

**And sent a copy via USPS to:**

Richard E. Piper
Louisville Metro Department of Corrections
400 S. 6th Street
Louisville, KY 40202
Inmate#656299
*Pro se*

**Courtesy Copy to**
**Criminal Counsel for Defendant Piper:**

Larrry Simon
Maureen Sullivan
Simon Law Office
471 W. Main Street
Ste. 200
Louisville, KY 40202

/s/Christina R.L. Norris
*Counsel for Defendant, Wooster Motor Ways, Inc.*