UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NUMBER 3:25-CV-00085-RGJ-LLK

TIFFANY ALMEYDA and
KENNETH FELT JR.                                                    PLAINTIFFS

v.

WOOSTER MOTOR WAYS, INC. and
RICHARD PIPER                                                        DEFENDANTS

### ORDER REQUIRING PLAINTIFFS TO RESPOND TO DEFENDANT RICHARD PIPER'S MOTION TO STAY [DN 13]

This case was referred to the undersigned United States Magistrate Judge by District Judge Rebecca Grady Jennings, pursuant to 28 U.S.C. § 636(b)(1)(A), for resolution of all litigation planning issues, a scheduling conference, entry of scheduling orders, consideration of amendments thereto, and resolution of all non-dispositive matters, including discovery issues. Text Order of March 6, 2025 [DN 8]. Defendant Wooster Motor Ways, Inc. ("Wooster") has moved the Court for a stay of this litigation because: 1) its co-defendant Richard Piper is currently incarcerated and facing felony charges including murder in Jefferson County Circuit Court; 2) Defendant Piper's Fifth Amendment right against self-incrimination is at risk in this civil litigation; and 3) the Estate of Tanner Colton is not currently a party to this proceeding and Wooster may incur duplicate defense costs if the Estate brings suit later. [DN 11]. Plaintiffs filed a Response [DN 12] opposing the stay; and Defendant Piper has since filed a handwritten, *pro se* Response requesting a stay/joining Defendant Wooster's Motion to Stay and asserting his Fifth Amendment rights [DN 13]. Defendant Wooster has also filed a Reply [DN 14].

This Court recognizes that *pro se* pleadings are to be held to a less stringent standard than formal pleadings drafted by lawyers. *Robinson v. Child Protective Services*, 2007 WL 1959170, 3:07-CV-39-TBR, (W.D. Ky. 2007) (citing *Haines v. Kerner*, 404 U.S. 519 (1972)). Defendant Piper's *pro se* filing at DN 13, when construed under the less stringent pleading standard, is deemed by the Court as Defendant Piper's Motion to Stay and assertion of his Fifth Amendment rights on his own behalf. Accordingly, the Plaintiffs are given additional time in which they shall file a separate Response to Defendant Piper's Motion to Stay.

IT IS ORDERED that Plaintiffs SHALL FILE a Response to Defendant Richard Piper's Motion to Stay at DN 13 within fourteen (14) days of entry of this Order.

May 21, 2025

**Lanny King, Magistrate Judge**
**United States District Court**