UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25cv-85-RGJ
*Electronically Filed*

TIFFANY ALMEYDA
and
KENNETH FELT JR.                                                              PLAINTIFFS

v.

WOOSTER MOTOR WAYS, INC.
and
RICHARD PIPER                                                                 DEFENDANTS

---

## PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS

---

Comes now Plaintiffs, by and through counsel, and hereby notifies the Court of the change of mailing address for their counsel, Adrian Mendiondo. Any and all pleadings, discovery, correspondence, or other service by physical mail should be made to the following updated address:

Adrian Mendiondo
Morgan & Morgan
250 W Main St., Suite 2100
Lexington, KY 40507

All previous email addresses and telephone numbers shall remain the same.

Respectfully submitted,

*s/ Adrian Mendiondo*
ADRIAN MENDIONDO
Morgan & Morgan, Kentucky, PLLC
250 W Main St., Suite 2100
Lexington, KY 40507
Phone: (859) 469-7954
Fax: (859) 899-9765
amendiondo@forthepeople.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June 2025, I served a copy of the foregoing via email upon the following counsel of record:

Christina R.L. Norris
Cash C. Collins
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower St.
Prospect, KY 40059
Phone: (502) 589-4440
Fax: (502) 410-0528
cnorris@goldbergsimpson.com
ccollins@goldbergsimpson.com
*Counsel for Defendant Wooster Motor Ways, Inc.*

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO