UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25cv-85-RGJ
*Electronically Filed*

TIFFANY ALMEYDA
and
KENNETH FELT JR.                                                    PLAINTIFFS

v.

WOOSTER MOTOR WAYS, INC.
and
RICHARD PIPER                                                      DEFENDANTS

---

### ENTRY OF APPEARANCE

---

Please take notice that Sarah Mustian, of Morgan & Morgan, hereby enters her appearance

as co-counsel of record for Plaintiffs in the above-styled matter.

The Clerk and all parties are requested to please add the undersigned and her contact

information below to the record of this matter.

Respectfully submitted,

*/s/ Sarah Mustian*_____
SARAH MUSTIAN #101354
Morgan & Morgan Kentucky, PLLC
250 W Main St., Suite 2100
Lexington, KY  40507
Phone: (859) 469-7467
Fax: (859) 469-7030
Sarah.Mustian@forthepeople.com
*Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of June 2025, I electronically filed the foregoing with the Clerk of the Court by using the electronic system, and a true and correct copy was served via email to:

Christina R.L. Norris
Cash C. Collins
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower St.
Prospect, KY 40059
Phone: (502) 589-4440
Fax: (502) 410-0528
cnorris@goldbergsimpson.com
ccollins@goldbergsimpson.com
*Counsel for Defendant Wooster Motor Ways, Inc.*

*/s/ Sarah Mustian*_____
SARAH MUSTIAN